AO 91 (Rev. 8/01)   Criminal Complaint

# United States District Court

United States Courts Southern
District of Texas
**FILED**

**September 26, 2022**

Nathan Ochsner, Clerk of Court

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |

McALLEN DIVISION

UNITED STATES OF AMERICA

v.

**Aldo Medrano**

YOB:    1996    COB:    United States

## CRIMINAL COMPLAINT

Case Number:

# M-22-1887-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about _____**September 24, 2022**_____ in ____**Hidalgo**____ County, in the

____**Southern**____ District of ____**Texas**____

*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jose Armando Hernandez-Tapia, Mariano Hernandez-Tapia citizens and nationals of Mexico, along with three (3) other undocumented aliens, for a total of five (5) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near La Joya, Texas to the point of arrest near La Joya, Texas,**

in violation of Title ____**8**____ United States Code, Section(s) ____**1324(a)(1)(A)(ii)    FELONY**____

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On September 24, 2022, at approximately 8:00 p.m., a sensor activation caused the attention of an Air and Marine Office (AMO) asset to be drawn to an area south of La Joya, Texas. The AMO asset monitored the area and discovered a group of seven (7) suspected undocumented aliens traveling through the brush. The group was observed leaving the brush and boarding a crew cab Ford F-150, which departed shortly after. The responding agent found a parked F-150 matching the description near the intersection of Palm Shores St. and 2nd Street in La Joya. The agent observed nine (9) subjects leave the vehicle and run in various directions. The agent activated his emergency equipment and made contact with a subject still sitting in the driver seat, who was identified as Aldo Medrano, a citizen of the United States. Other agents responded to the area and after a thorough search, they apprehended five (5) subjects approximately 300 yards from the F-150. All five (5) subjects were found to be illegally present in the United States.

Medrano and the five (5) undocumented aliens were arrested and transported to McAllen Border Patrol Station for processing.

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

Complaint authorized by AUSA L. Fry

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

/s/ Eric T. Pratt
Signature of Complainant

Eric T. Pratt            Border Patrol Agent
Printed Name of Complainant

September 26, 2022        at 7:07 p.m.    at    McAllen, Texas
Date                                     City and State

J. Scott Hacker                  , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

### M-22-1887-M

**RE:**   **Aldo Medrano**

**CONTINUATION:**

**PRINCIPAL STATEMENT:**
Aldo Medrano, a citizen and national of the United States, was read his Miranda Rights, stated he understood his rights and was willing to provide a sworn statement.

Medrano stated he received a phone call from an associate to pick up people for $100 per person. He said he was told to pick up a truck, and assumed he would be pick up at least ten (10) people.

**MATERIAL WITNES 1 STATEMENT:**
Mariano Hernandez-Tapia, a citizen and national of Mexico, was advised of his Miranda Rights, stated he understood his rights, and agreed to provide a statement.

Hernandez-Tapia indicated he crossed the Rio Grande River with a group of seven (7) using a raft. Hernandez-Tapia stated the guide lead them until boarding a vehicle.  Hernandez-Tapia described the pick up vehicle was a green, double cab, pick-up truck. Shortly after boarding the truck, the male driver told them to exit the pickup truck and run.

**MATERIAL WITNESS 2 STATEMENT:**
Jose Armando Hernandez-Tapia, a citizen and national of Mexico, was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a statement.

Hernandez-Tapia claimed his grandfather made his smuggling arrangements. He said he crossed the Rio Grande River by swimming along a raft with six (6) or seven (7) other people. Hernandez-Tapia said he walked until he was told by a male driving a green pickup truck to get in. Shortly after the vehicle departed, Hernandez-Tapia claimed the  bald male driver told them to run.